No. 580. SAMUELS ET AL. *v.* MACKELL, DISTRICT ATTORNEY OF QUEENS COUNTY, ET AL.; and

No. 813. FERNANDEZ *v.* MACKELL, DISTRICT ATTORNEY OF QUEENS COUNTY, ET AL. Appeals from D. C. S. D. N. Y. [Probable jurisdiction noted, 393 U. S. 975.] Cases restored to calendar for reargument.

No. 1363. CITY OF CHICAGO ET AL. *v.* UNITED STATES ET AL.; and

No. 1364. CITY OF CHICAGO ET AL. *v.* UNITED STATES ET AL. Appeals from D. C. N. D. Ill. Probable jurisdiction noted. Cases consolidated and a total of one hour allotted for oral argument. *Raymond F. Simon, Charles E. Griffith III, Robert E. Kendrick, Arthur K. Bolton, Gordon P. MacDougall, William E. Nelson,* and *Chester L. Rigsby* for appellants in No. 1363; and *Messrs. Simon, Griffith, Kendrick, MacDougall,* and *Rigsby,* and *Edward J. Hickey, Jr., William G. Mahoney, Weldon A. Cousins,* and *Leon M. Despres* for appellants in No. 1364. *Albert E. Jenner, Jr., Thomas P. Sullivan,* and *Keith F. Bode* for appellee Chicago & Eastern Illinois R. Co. in No. 1363; *Joseph L. Lenihan, James W. Hoeland,* and *Harry R. Begley* for appellee Louisville & Nashville R. Co. in No. 1364; and *Solicitor General Griswold, Assistant Attorney General McLaren, Howard E. Shapiro,* and *Robert W. Ginnane* for the United States et al. in both cases. Reported below: No. 1363, 294 F. Supp. 1103; No. 1364, 294 F. Supp. 1106.

No. 1415. WALZ *v.* TAX COMMISSION OF THE CITY OF NEW YORK. Appeal from Ct. App. N. Y. Probable jurisdiction noted. *J. Lee Rankin* and *Stanley Buchsbaum* for appellee.